■ In the Matter of the Claim of WILLIAM BROWN, an Infant, et al. v. NEW YORK CITY HOUSING AUTHORITY.— Motion for an extension of time to serve answer to the complaint granted insofar as to extend the time for defendant-appellant to serve its answer to 10 days after service upon its attorneys of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that the appellant procures the appellant's points to be served and filed on or before October 20, 1960, with notice of argument for November 1, 1960, said appeal to be argued or submitted when reached.